UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABHISHEK N. PRASAD, | Case No. 23-cv-00300-HSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR DISMISSAL WITHOUT LEAVE TO AMEND** |
| SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | Re: Dkt. No. 5 |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation for Dismissal without Leave to Amend. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the complaint be DISMISSED as frivolous, for lack of subject matter jurisdiction, and for failure to state a claim on which relief may be granted, without leave to amend but without prejudice to any civil claim that Prasad might assert in a separate action if he chooses to do so. The Clerk is directed to enter judgment in favor of Defendants and to close the case.

**IT IS SO ORDERED.**

Dated: February 27, 2023

HAYWOOD S. GILLIAM, JR.
United States District Judge